IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR193 |
| V. | ) | |
| JESUS VARGAS-CASTILLO, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to extend deadlines in order on sentencing schedule and to continue sentencing (filing 46) is granted. The parties' objections to the presentence investigation report shall be filed by March 7, 2012. Revised tentative findings will not be issued. The parties' objections will be resolved at the evidentiary hearing.

(2) The defendant's two-hour evidentiary hearing and sentencing are rescheduled to Friday, March 23, 2012, at 10:00 a.m.-12:00 noon, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 1st day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge